```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
           COUNSEL/PARTIES OF RECORD

         MAY 2 1 2018

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 0173 |
| | ) | 2:06-CR-~~0175~~-RCJ-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEANDRE JAMES WEST | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#29), sentencing held on January 22, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IBEW CREDIT UNION
Amount of Restitution: $11,494.00

**Total Amount of Restitution ordered:  $11,494.00**

Dated this ___30th___ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE